UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 09-10015-CR-MARTINEZ

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ARIEL TOLEDO-LABRADA,

    Defendant.
_____/

## ORDER FINDING THAT *NEBBIA* CONDITION OF BOND HAS BEEN SATISFIED

**THIS CAUSE** is before the Court on Defendant's unopposed motion for finding of satisfaction of *Nebbia* condition of bond and this Court having reviewed the record and being otherwise advised as to its premises, it is

**ORDERED** that the mentioned motion is hereby **GRANTED** and this Court finds that Defendant has satisfied the *Nebbia* condition of his bond. Accordingly, Defendant may now post the bond as set by this Court on April 14, 2009.

**DONE AND ORDERED** at Key West, Florida this 27th day of May, 2009.

                                                _____
                                                LURANA S. SNOW
                                                UNITED STATES MAGISTRATE JUDGE

cc:    Stewart G. Abrams, AFPD
        Michael Sherwin, AUSA

        United States Probation Office